IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAHMIZE N. ALLEN, )
)
    Petitioner, )
)
v. ) 1:23-cv-772
)
PERSON COUNTY SHERIFF OFFICE, )
)
    Respondent. )

### ORDER

On September 25, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the \_8\_ day of January, 2024.

                                                */s/ William L. Osteen, Jr.*
                                                   United States District Judge